FILED
JUN 15 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

PCC CONSTRUCTION COMPONENTS, \*
INC.                          \*
                              \*
       Plaintiff,             \*
                              \*
v.                            \*   Civ   CASE NUMBER 1:06CV01085
                              \*
ARCH INSURANCE COMPANY        \*         JUDGE: Royce C. Lamberth
                              \*
       Defendant.             \*         DECK TYPE: Contract
                              \*
                                        DATE STAMP: 06/15/2006

## ORDER

This is a case which was removed to this Court from the Circuit Court for Montgomery County, Maryland. It involves the project for the construction and renovation of the E. Barrett Prettyman Courthouse located in Washington, D.C. The parties to the litigation before this Court are PCC Construction Components, Inc. ("PCC"), a subcontractor, and Arch Insurance Company ("Arch"), a surety for a supplier, Norment Security Group, Inc. ("Norment"). As a subcontractor, PCC was engaged by Centrex Construction Co, the general contractor, to perform certain glass and glazing work on the project, and Norment was to provide supplies to PCC.

On July 6, 2005, PCC and Arch filed a Joint Motion requesting that this Court stay this action pending arbitration. The Joint Motion was granted by Order dated July 7, 2005 [Paper No. 10]. On August 29, 2005, Norment brought an action in the District Court for the District of Columbia against Centex and its surety for the labor and materials Norment supplied to the project. On April 19, 2006, PCC filed in this Court a Motion to Lift Stay, for Transfer of Venue, and for Order to Stay Arbitration [Paper No. 13].

It is clear that the matter before this Court is germane to and ultimately may be controlled by litigation presently before the United States District Court for the District of Columbia between Norment and Centex. Additionally, the dispute at the heart of all of the parties' claims involves renovation and construction of the building housing the United States District Court for the District of Columbia. It is therefore appropriate that this case be transferred to the District Court for the District of Columbia for all further proceedings, including the disposition of Plaintiff's request to stay arbitration. Accordingly, upon consideration of Plaintiff's Motion to Lift Stay, Transfer Venue, and Stay Arbitration, the opposition thereto, it is this 12th day of June, 2006, by the United States District Court for the District of Maryland,

**ORDERED**, that Plaintiff's Motion to Lift Stay, Transfer Venue and Stay Arbitration [Paper No. 13] is GRANTED IN PART; and it is further

**ORDERED**, that the stay of the current litigation is hereby lifted; and it is further

**ORDERED**, that this action is hereby transferred to the United States District Court for the District of Columbia for all further proceedings, including disposition of Plaintiff's request to stay arbitration; and it is further

**ORDERED**, that the Clerk is directed to administratively CLOSE THE CASE.

/s/
ROGER W. TITUS
UNITED STATES DISTRICT JUDGE

CLOSED

# U.S. District Court
## District of Maryland (Greenbelt)
## CIVIL DOCKET FOR CASE #: 8:05-cv-01758-RWT
### Internal Use Only

| | |
|---|---|
| PCC Construction Components, Inc. v. Arch Insurance Company | Date Filed: 06/29/2005 |
| Assigned to: Judge Roger W Titus | Jury Demand: None |
| Demand: $1,700,000 | Nature of Suit: 190 Contract: Other |
| Cause: 28:1441 Petition for Removal- Contract Dispute | Jurisdiction: Diversity |

**Plaintiff**

**PCC Construction Components, Inc.**   represented by   **Leonard Arthur Sacks**
Leonard A. Sacks & Associates, P.C.
One Church Street
Suite 303
Rockville, MD 20850
13017382470
Fax: 13017383705
Email: lsacks@laspc.net
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Arch Insurance Company**   represented by   **Adam Cizek**
Whiteford Taylor and Preston LLP
Seven Saint Paul St Ste 1400
Baltimore, MD 21202-1626
14103478700
Fax: 14103479412
Email: acizek@wtplaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Gerard P Sunderland**
Whiteford Taylor and Preston
Seven Saint Paul St Ste 1400
Baltimore, MD 21202
14103478700
Fax: 14103479412

Email: gsunderland@wtplaw.com
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 06/28/2005 | 1 | NOTICE OF REMOVAL by Arch Insurance Company from Circuit Court for Montgomery County, Maryland, case number 261579-V. (Filing fee $ 250 receipt number 14637002850), filed by Arch Insurance Company. (Attachments: # 1 Civil Cover Sheet)(ljs, Deputy Clerk). (Entered: 06/29/2005) |
| 06/28/2005 | 2 | COMPLAINT against Arch Insurance Company , filed by PCC Construction Components, Inc..(ljs, Deputy Clerk) (Entered: 06/29/2005) |
| 06/28/2005 | 3 | Summons Issued 60 days as to Arch Insurance Company. (ljs, Deputy Clerk) (Entered: 06/29/2005) |
| 06/28/2005 | 4 | SUMMONS Returned Executed by PCC Construction Components, Inc.. Arch Insurance Company served on 6/13/2005. (ljs, Deputy Clerk) (Entered: 06/29/2005) |
| 06/28/2005 |  | The above pleadings 2 thru 4 are copies filed in the Circuit Court for Montgomery County, Maryland. (ljs, Deputy Clerk) (Entered: 06/29/2005) |
| 06/29/2005 | 5 | Standing ORDER re: Removal. Signed by Judge Roger W. Titus on 6/29/05. (ljs, Deputy Clerk) (Entered: 06/29/2005) |
| 06/29/2005 | 6 | Local Rule 103.3 and 103.5(c). (Cizek, Adam) (Entered: 06/29/2005) |
| 06/29/2005 | 7 | RESPONSE re 5 Order - *Statement Regarding Removal of Action* filed by Arch Insurance Company. (Cizek, Adam) (Entered: 06/29/2005) |
| 07/06/2005 | 8 | Consent MOTION to Stay *Proceeding* by Arch Insurance Company. Responses due by 7/25/2005 (Attachments: # 1 Supporting Memorandum# 2 Exhibit 1# 3 Exhibit 2# 4 Text of Proposed Order)(Cizek, Adam) (Entered: 07/06/2005) |
| 07/06/2005 | 9 | ANSWER to Complaint by Arch Insurance Company.(Cizek, Adam) (Entered: 07/06/2005) |
| 07/07/2005 | 10 | PAPERLESS ORDER GRANTING 8 Joint Motion to Stay Proceedings. Signed by Judge Roger W Titus on 7/7/05. (Titus, Roger) (Entered: 07/07/2005) |
| 07/08/2005 | 11 | CERTIFICATE OF SERVICE by Arch Insurance Company *of Filing All Documents Filed in State Court Action* (Attachments: # 1 Exhibit A# 2 Exhibit B)(Cizek, Adam) (Entered: 07/08/2005) |
| 04/18/2006 | 12 | (FILED IN ERROR - WILL REFILE) MOTION to Lift Stay, Transfer Venue and Stay Arbitration *filed* by PCC Construction Components, Inc.. Responses due by 5/5/2006 (Attachments: # 1 Exhibit 1# 2 Exhibit 2# 3 Exhibit 3# 4 Text of Proposed Order)(Sacks, Leonard) Modified on |

| | | |
|---|---|---|
| | | 4/19/2006 (mcb, Deputy Clerk). (Entered: 04/18/2006) |
| 04/19/2006 | 13 | MOTION to Lift Stay, Transfer Venue and Stay Arbitration *filed* by PCC Construction Components, Inc.. Responses due by 5/8/2006 (Attachments: # 1 Exhibit 1# 2 Exhibit 2# 3 Exhibit 3# 4 Text of Proposed Order)(Sacks, Leonard) (Entered: 04/19/2006) |
| 05/02/2006 | 14 | Consent MOTION for Extension of Time to File Response/Reply *to PCC Construction Components, Inc.'s Motion to Lift Stay, for Transfer of Venue and for Order to Stay Arbitration* by Arch Insurance Company. Responses due by 5/19/2006 (Attachments: # 1 Text of Proposed Order)(Cizek, Adam) (Entered: 05/02/2006) |
| 05/03/2006 | 15 | PAPERLESS ORDER GRANTING 14 Consent Motion for Extension of Time to File Response/Reply re 13 Motion to Lift Stay, Transfer Venue and Stay Arbitration. Response due by 5/5/2006; Reply due by 5/19/2006. Signed by Judge Roger W Titus on 5/3/06. (Titus, Roger) (Entered: 05/03/2006) |
| 05/05/2006 | 16 | RESPONSE in Opposition re 13 MOTION to Lift Stay, Transfer Venue and Stay Arbitration *filed* filed by Arch Insurance Company. Replies due by 5/19/2006. (Attachments: # 1 Text of Proposed Order)(Cizek, Adam) (Entered: 05/05/2006) |
| 05/16/2006 | 17 | REPLY to Response to Motion re 13 MOTION to Lift Stay, Transfer Venue and Stay Arbitration *filed* filed by PCC Construction Components, Inc.. (Attachments: # 1 Exhibit 1# 2 Exhibit 2# 3 Exhibit 3# 4 Exhibit 4# 5 Exhibit 5# 6 Exhibit 6)(Sacks, Leonard) (Entered: 05/16/2006) |
| 06/12/2006 | 18 | ORDER granting in part 13 Motion to Lift Stay, Transfer Venue and Stay Arbitration; that the stay of the current litigation is hereby lifted, that this action is hereby transferred to the United States District Court for the District of Columbia, and that the Clerk of the Court CLOSE this case. Signed by Judge Roger W Titus on 6/12/2006. (c/m 6/13/06) (elt, Deputy Clerk) (Entered: 06/13/2006) |
| 06/12/2006 | | ***Civil Case Terminated. (elt, Deputy Clerk) (Entered: 06/13/2006) |
| 06/12/2006 | | ***Set/Clear Flags (elt, Deputy Clerk) (Entered: 06/13/2006) |
| 06/13/2006 | | Case electronically transferred to the United States District Court for the District of Columbia. (elt, Deputy Clerk) (Entered: 06/13/2006) |

JS 44 (Rev. 11/04)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I. (a) PLAINTIFFS
PCC Construction Components, Inc.

**(b)** County of Residence of First Listed Plaintiff: **Montgomery County**
(EXCEPT IN U.S. PLAINTIFF CASES)

**(c)** Attorney's (Firm Name, Address, and Telephone Number)
Leonard A. Sacks, Leonard A. Sacks & Associates, P.C., One Church Street, Suite 303, Rockville, Maryland 20850, (301) 738-2470

## DEFENDANTS
Arch Insurance Company

JUN 28 2005

County of Residence of First Listed Defendant: **Clark** AT BALTIMORE
(IN U.S. PLAINTIFF CASES ONLY) U.S. DISTRICT COURT DISTRICT OF MARYLAND

NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

Attorneys (If Known) **05 CV 1758**
Gerard P. Sunderland, Adam Czek, Whiteford, Taylor & Preston LLP, 7 Saint Paul Street, Baltimore, MD 21202, (410) 347-8700

## II. BASIS OF JURISDICTION (Place an "X" in One Box Only)

☐ 1 U.S. Government Plaintiff
☐ 2 U.S. Government Defendant
☐ 3 Federal Question (U.S. Government Not a Party)
☒ 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant)
(For Diversity Cases Only)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☒ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☒ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

| CONTRACT | TORTS |  | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 362 Personal Injury - Med. Malpractice | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability |  | ☐ 625 Drug Related Seizure of Property 21 USC 881 |  | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument |  | ☐ 365 Personal Injury - Product Liability |  |  | ☐ 450 Commerce |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 320 Assault, Libel & Slander | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 630 Liquor Laws | **PROPERTY RIGHTS** | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 330 Federal Employers' Liability |  | ☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 340 Marine | **PERSONAL PROPERTY** | ☐ 650 Airline Regs. | ☐ 830 Patent | ☐ 480 Consumer Credit |
|  | ☐ 345 Marine Product Liability | ☐ 370 Other Fraud | ☐ 660 Occupational Safety/Health | ☐ 840 Trademark | ☐ 490 Cable/Sat TV |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 371 Truth in Lending | ☐ 690 Other |  | ☐ 810 Selective Service |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 380 Other Personal Property Damage | **LABOR** | **SOCIAL SECURITY** | ☐ 850 Securities/Commodities/ Exchange |
| ☒ 190 Other Contract |  |  | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 195 Contract Product Liability | ☐ 360 Other Personal Injury | ☐ 385 Property Damage Product Liability | ☐ 720 Labor/Mgmt. Relations | ☐ 862 Black Lung (923) |  |
| ☐ 196 Franchise |  |  | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 890 Other Statutory Actions |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 740 Railway Labor Act | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate Sentence | ☐ 790 Other Labor Litigation | ☐ 865 RSI (405(g)) | ☐ 892 Economic Stabilization Act |
| ☐ 220 Foreclosure | ☐ 442 Employment | **Habeas Corpus:** | ☐ 791 Empl. Ret. Inc. Security Act | **FEDERAL TAX SUITS** | ☐ 893 Environmental Matters |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/ Accommodations | ☐ 530 General |  | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 894 Energy Allocation Act |
| ☐ 240 Torts to Land |  | ☐ 535 Death Penalty |  | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 895 Freedom of Information Act |
| ☐ 245 Tort Product Liability | ☐ 444 Welfare | ☐ 540 Mandamus & Other |  |  |  |
| ☐ 290 All Other Real Property | ☐ 445 Amer. w/Disabilities - Employment | ☐ 550 Civil Rights |  |  | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
|  | ☐ 446 Amer. w/Disabilities - Other | ☐ 555 Prison Condition |  |  | ☐ 950 Constitutionality of State Statutes |
|  | ☐ 440 Other Civil Rights |  |  |  |  |

## V. ORIGIN (Place an "X" in One Box Only)

☐ 1 Original Proceeding
☒ 2 Removed from State Court
☐ 3 Remanded from Appellate Court
☐ 4 Reinstated or Reopened
☐ 5 Transferred from another district (specify)
☐ 6 Multidistrict Litigation
☐ 7 Appeal to District Judge from Magistrate Judgment

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity):
**40 USC Section 1332**
Brief description of cause:
**Action against supply bond issued for construction contract**

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23
DEMAND $ 1,617,339.58
CHECK YES only if demanded in complaint:
JURY DEMAND: ☐ Yes ☒ No

## VIII. RELATED CASE(S) IF ANY
(See instructions):
JUDGE _____ DOCKET NUMBER _____

DATE: 6/28/05
SIGNATURE OF ATTORNEY OF RECORD: [signature]

**FOR OFFICE USE ONLY**

RECEIPT # _____ AMOUNT _____ APPLYING IFP _____ JUDGE _____ MAG. JUDGE _____

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

**PCC CONSTRUCTION COMPONENTS, INC.**
7950 Cessna Avenue
Gaithersburg, Maryland 20879

JUN 2 8 2005

AT BALTIMORE
CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY _____ DEPUTY

    Plaintiff

v.

Civil Action No. RWT-05 CV 1758

**ARCH INSURANCE COMPANY**
3100 Broadway, Suite 1000
Kansas City, Missouri 6411

    Defendant

* *

## NOTICE OF REMOVAL

Defendant Arch Insurance Company ("Arch"), by its undersigned counsel, pursuant to 28 U.S.C. §§ 1332, 1441, and 1446, files this Notice of Removal to remove this civil action from the Circuit Court for Montgomery County to the United States District Court for the District of Maryland. In support of this Notice of Removal, Arch states as follows:

1    This action was commenced in the Circuit Court for Montgomery County, Maryland, filed as <u>PCC Construction Components, Inc. v. Arch Insurance Company</u>, Case No. 261579-V. This case was filed on May 20, 2005. Arch was served through the Maryland State Insurance Commissioner with a Writ of Summons issued by the Circuit Court for Montgomery County and a copy of PCC Construction Components, Inc.'s ("PCC") Complaint on June 3, 2005.

2.    The United States District Court for the District of Maryland has jurisdiction over this action pursuant to 28 U.S.C. § 1332, diversity jurisdiction.

3    The matter in controversy exceeds the sum or value of $75,000.00, exclusive of interest and costs, as PCC seeks damages in excess of $1,617,339.58.

4.    At all times relevant hereto and at the time this action was commenced, PCC was and is a Maryland corporation with its principal place of business located in Gaithersburg, Maryland.

5.    At all times relevant hereto and at the time this action was commenced, Arch was and is a Missouri corporation with its principal place of business located in New York, New York.

6.    Pursuant to 28 U.S.C. § 1441(a), Arch is entitled to remove this action to this Court because the Circuit Court for Montgomery County lies within this district and division.

7.    Notice of Removal is being filed within 30 days of the Arch's receipt of the Complaint, and is timely filed under 28 U.S.C. § 1446(b)

8    Pursuant to 28 U.S.C. § 1446(a), a copy of the Complaint, Writ of Summons, Notice of New Case Number, Notice of Scheduling Conference and Order of Court – Track 3, Civil Non-Domestic Case Information Report (blank), Civil Non-Domestic Case Information Report (executed by PCC), served upon Arch are attached hereto as **Exhibits A through F**

9.    Pursuant to 28 § 1446(d), Arch will promptly file a copy of this Notice of Removal with the Circuit Court for Montgomery County and give written notice of the filing of the Notice of Removal in the United States District Court to all parties.

10.   By filing of this Notice of Removal, Arch does not waive any defenses that may be available to it.

WHEREFORE, Arch respectfully requests that the above-entitled action be removed from the Circuit Court for Montgomery County.

*(signature)*

Gerard P. Sunderland
Federal Bar No. 00634
Adam Cizek
Federal Bar No. 27114
Whiteford, Taylor & Preston L.L.P.
Seven Saint Paul Street, Suite 1300
Baltimore, Maryland 21202-1626
(410) 347-8700
(410) 347-9412 (fax)

Attorneys for Defendant,
Arch Insurance Company

1624951

-3-

IN THE CIRCUIT COURT
FOR MONTGOMERY COUNTY, MARYLAND

PCC CONSTRUCTION COMPONENTS, INC. )
7950 Cessna Avenue )
Gaithersburg, Maryland 20879 )
)
    Plaintiff, )
)
v. ) Case No. 261579V
)
ARCH INSURANCE COMPANY ) Filed on 5/20/05
3100 Broadway, Suite 1000 )
Kansas City, Missouri 64111 ) RWT 05 CV 1758
)
Serve: Alfred W. Redmer, Jr., Comm. )
Maryland Insurance Administration )
525 St. Paul Place )
Baltimore, MD 21202 )
)
)
    Defendant. )
)

## COMPLAINT

COMES NOW, PCC Construction Components, Inc., by and through its undersigned counsel and for its Complaint against Arch Insurance Company avers as follows:

1. Centex Construction Company, Inc. ("Centex") was awarded a contract by the General Services Administration ("GSA") for the construction of the E. Barrett Prettyman Courthouse Annex and Renovation ("Project") located at Third Street and Constitution Avenue, N.W., Washington, D.C.

2. On or about April 10, 2002, Centex awarded a subcontract to PCC Construction Components, Inc. ("PCC") for the glass and glazing work.

Law Offices
LEONARD A. SACKS &
ASSOCIATES, P.C.
ONE CHURCH STREET
SUITE 303
ROCKVILLE, MARYLAND 20850
TEL: (301) 738-2470
FAX: (301) 738-3705



DEFENDANT'S EXHIBIT A

3. PCC was required to perform in accordance with the schedule provided by Centex and was to provide windows that did not leak.

4. On or about May 1, 2002, PCC entered into a Purchase Order agreement with Norment Security, Inc. in the amount of $2,298,000.00.

5. Norment undertook to engineer, fabricate and supply the windows for the Project in accordance with the terms and conditions of the contract documents. Time was of the essence.

6. Pursuant to the terms and conditions of the agreement between PCC and Norment, Norment provided, for the benefit of PCC, a supply bond ("Bond") in the full amount of the purchase order to "indemnify and save harmless the Obligee from all cost and damage by reason of Principal's failure" to perform its obligations.

7. The Bond was issued by Arch Insurance Company ("Arch").

8. Norment agreed to provide shop drawings on or before July 1, 2002 and then to fabricate and deliver the windows within a 12 to 16 week performance period to allow PCC to have the work stocked at the site to meet the schedule with Centex.

9. Norment failed to perform its work within the schedule requirements in breach of the Purchase Order.

10. Norment delivered the windows intermittently and ignored PCC's schedule requirements.

11. As a direct result of Norment's failure to deliver the windows in a sequence and time frame to allow PCC to continue with performance, PCC incurred added costs.

Law Offices
LEONARD A. SACKS &
ASSOCIATES, P.C.
One Church Street
Suite 303
Rockville, Maryland 20850
TEL: (301) 738-2470
FAX: (301) 738-3705

12. The last of the windows were delivered to the site in September 2004, more than 330 calendar days late.

13. After the delivery of the windows, the specification testing was performed. The windows leaked.

14. Norment corrected the windows by dismantling the windows and, among other tasks, corrected the interior seals to prevent further leaks.

15. As a result of the delivery delays, the out of sequence deliveries, the repairs to the faulty windows, and the delay in overall delivery, PCC's performance was impacted and PCC incurred damages in the amount of $1,617,339.58.

16. The Subcontract with Centex is not closed and therefore, the charges from Centex may increase the amount of the claim.

17. PCC's claims were submitted to Arch and Arch has failed and refused to conduct a good faith investigation of the claims and has not made any payments to PCC.

18. All conditions to maintain the instant action have been satisfied.

WHEREFORE, PCC Construction Components, Inc. requests judgment against Arch Insurance Company in the amount of $1,617,339.58 and indemnification from claims by Centex Construction Company, Inc. arising from action of Norment Security Group, Inc.'s breach of the purchase order agreement, plus interest and costs of this action.

Respectfully submitted by,

Leonard A. Sacks, Esquire
Leonard A. Sacks & Associates, P.C.
One Church Street, Suite 303
Rockville, Maryland 20850
(301) 738-2470
*Counsel for PCC Construction Components, Inc.*

Law Offices
LEONARD A. SACKS &
ASSOCIATES, P.C.

Suite 303
Rockville, Maryland 20850
Tel: (301) 738-2470

3