## *UNITED STATES DISTRICT COURT*
## *FOR THE DISTRICT OF COLUMBIA*

| | |
|---|---|
| **PCC CONSTRUCTION COMPONENTS, INC.** | |
| Plaintiff(s), | |
| vs. | **Civil Case No. 06-1085 (RCL)** |
| **ARCH INSURANCE COMPANY** | |
| Defendant(s). | |

## NOTICE REGARDING BULKY PLEADINGS

Pursuant to the procedures for filing bulky documents, this Notice serves as notification that the transfer documents in this case have been filed in paper form in a the Clerk's Office. They are available for public viewing and copying between the hours of 9:00 a.m. and 4:00 p.m., Monday through Friday.

**NANCY MAYER-WHITTINGTON**

Clerk