UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| PCC CONSTRUCTION COMPONENTS, INC. | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | Civil Action No. 06 1085 |
| | * | JUDGE LAMBERTH, J.RCL |
| ARCH INSURANCE COMPANY | * | |
| | * | |
| Defendant. | * | |
| | * | |

_____

## NOTICE OF ENTRY OF APPEARANCE

The Court will kindly enter the appearance of Jane Saindon Dudley, Esquire of Whiteford, Taylor & Preston, LLP as counsel for Defendant Arch Insurance Company.

Respectfully submitted,

*/s/ Jane Saindon Dudley*
Jane Saindon Dudley (Bar No. 459595)
Whiteford, Taylor & Preston LLP
1025 Connecticut Avenue, N.W., #400
Washington, D.C. 20036
(202) 659-6800/(202) 331-0573

*Counsel for Defendant,*
*Arch Insurance Company*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 19th day of June, 2006, a copy of the foregoing was sent via first class mail, postage prepaid, and/or via the Court's electronic filing system to: Leonard A. Sacks, Leonard A. Sacks & Associates, P.C., One Church Street, Suite 303, Rockville, Maryland 20850

*/s/ Jane Saindon Dudley*
Jane Saindon Dudley (#459595)