# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **PCC CONSTRUCTION COMPONENTS, INC.,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| **v.** ) | **Case No.: 06-CV-1085 ESH** |
| ) | |
| **ARCH INSURANCE COMPANY,** ) | |
| ) | |
| **Defendant.** ) | |
| ) | |

## CONSENT MOTION FOR CONTINUANCE
## OF INITIAL SCHEDULING CONFERENCE

COMES NOW the Plaintiff, PCC Construction Components, Inc., by and through its undersigned counsel, with the consent of counsel for Arch Insurance Company, and requests that the Initial Scheduling Conference set for August 16, 2006 be continued. Counsel for the Plaintiff is scheduled to appear for a Pretrial Conference in a matter now pending in the Circuit Court for Anne Arundel County, Maryland.

Having checked with the Court's calendar, the Plaintiff, with counsel for the Defendant, Ms. Dudley's consent, requests that the Initial Scheduling Conference be reset to August 17, 2006.

Respectfully submitted by,


_____/s/_____
Leonard A. Sacks, Esq., DCB 150268
Leonard A. Sacks & Associates, P.C.
One Church Street • Suite 303
Rockville, Maryland 20850
lsacks@laspc.net
(301) 738-2470

*Counsel for the Plaintiff*

Law Offices
LEONARD A. SACKS &
ASSOCIATES, P.C.
ONE CHURCH STREET
SUITE 303
ROCKVILLE, MARYLAND 20850

TEL: (301) 738-2470
FAX: (301) 738-3705

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that a correct copy of the foregoing Consent Motion for Continuance of the Initial Scheduling Conference  was sent by CM/ECF  this 19th day of July 2006 to Jane Saindon Dudley, Esq., Whiteford, Taylor & Preston, LLP, 1025 Connecticut Avenue, N.W., Suite 400, Washington, D.C. 20036 and Gerard P. Sunderland, Esq. and Adam Cizek, Esq., Whiteford, Taylor & Preston, LLP, Seven Saint Paul Street, Baltimore, Maryland 21202-1626.

_____/s/_____
Leonard A. Sacks

Law Offices
**LEONARD A. SACKS &**
**ASSOCIATES, P.C.**
ONE CHURCH STREET
SUITE 303
ROCKVILLE, MARYLAND 20850

TEL: (301) 738-2470
FAX: (301) 738-3705