IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PCC CONSTRUCTION COMPONENTS, INC., | ) <br> ) <br> ) |
| Plaintiff, | ) <br> ) |
| v. | ) Case No.: 06-CV-1085 ESH <br> ) |
| ARCH INSURANCE COMPANY, | ) <br> ) |
| Defendant. | ) <br> ) |

**ORDER**

UPON CONSIDERATION of the Consent Motion for Continuance of the Initial Scheduling Conference and for good cause having been shown, it is this ___ day of _____, 2006 hereby

ORDERED that the Consent Motion is **granted** and the Clerk shall reschedule the Initial Scheduling Conference from August 16 to August 17, 2006. A notice to the parties will follow.

_____
Ellen S. Huvelle, Judge
U.S. District Court for the District of Columbia

Copies to:

Leonard A. Sacks, Esq.
Leonard A. Sacks & Associates, P.C.
One Church Street • Suite 303
Rockville, Maryland 20850

Jane Saindon Dudley, Esq.
Whiteford, Taylor & Preston, LLP
1025 Connecticut Avenue, N.W. • Suite 400
Washington, D.C. 20036

Gerard P. Sunderland, Esq.
Adam Cizek, Esq.
Whiteford, Taylor & Preston, LLP
Seven Saint Paul Street
Baltimore, Maryland