UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PCC CONSTRUCTION COMPONENTS, INC. | )<br>)<br>) |
| Plaintiff, | )<br>) |
| v. | ) Case No. 1:06-cv-01085-JMF |
| | ) |
| ARCH INSURANCE COMPANY | )<br>) |
| Defendant. | ) |

**ENTRY OF APPEARANCE**

Madam Clerk:

Pursuant to LCvR 83.6(a) Please enter the appearance of Richard E. Hagerty as lead counsel and Tameka M. Collier as co-counsel for Defendant, Arch Insurance Company. Please send to our attention notice of all orders, notices and other filings in this case.

Respectfully submitted,

/s/ Richard E. Hagerty
Richard E. Hagerty, #411858
Troutman Sanders LLP
1660 International Drive, Suite 600
McLean, Virginia 22102
(703) 734-4334
(703) 734-4340 (fax)
richard.hagerty@troutmansanders.com

Tameka M. Collier, #488979
Troutman Sanders LLP
401 9th Street, N. W.
Suite 1000
Washington, DC 20004-2134
(202) 274-2950
(202) 274-2994 (fax)
tameka.coller@troutmansanders.com

## CERTIFICATE OF SERVICE

    I hereby certify that on this 29th day of September, 2006, a true and accurate copy of the foregoing Entry of Appearance was delivered by first class mail, postage prepaid, to the following:

>Leonard Arthur Sacks
>Leonard A. Sacks & Associates, P.C.
>One Church Street
>Suite 303
>Rockville, Maryland 20850
>*Counsel for PCC Construction Components, Inc.*
>
>Jane S. Dudley
>Whiteford, Taylor & Preston, LLC
>1025 Connecticut Avenue, NW
>Suite 400
>Washington, DC 20036
>*Counsel for Arch Insurance Company*

                              /s/ Richard E. Hagerty
                              Richard E. Hagerty

#303542