IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES for the use of<br>NORMENT SECURITY GROUP, INC.,<br><br>    Plaintiff/Counter-Defendant,<br><br>v.<br><br>TRAVELERS CASUALTY AND SURETY<br>COMPANY and CENTEX CONSTRUCTION<br>CO., INC.,<br><br>    Defendants/Counter-Plaintiffs. | Case No. 05-CV-1715 (JMF) |
| PCC CONSTRUCTION COMPONENTS, INC.,<br><br>    Plaintiff,<br><br>v.<br><br>ARCH INSURANCE COMPANY,<br><br>    Defendant. | Case No.: 06-CV-1085 (JMF) |

**MOTION FOR ENLARGEMENT OF TIME FOR**
<u>**PCC CONSTRUCTION COMPONENTS, INC.**</u>

COMES NOW the Plaintiff, PCC Construction Components, Inc. ("PCC"), by and through its undersigned counsel and requests that this honorable Court grant it an Enlargement of Time to respond to the Motion to Consolidate filed by Centex Corporation. In support thereof, PCC states as follows:

1. There were claims filed by Norment Security Group ("Norment") against Travelers Casualty and Surety Co., the payment bond surety for the general contractor, Centex Construction Co.,

Law Offices
LEONARD A. SACKS &
ASSOCIATES, P.C.
ONE CHURCH STREET
SUITE 303
ROCKVILLE, MARYLAND 20850

TEL: (301) 738-2470
FAX: (301) 738-3705

        Inc. ("Centex"). Some or all of those claims were originally filed by Norment against PCC in an arbitration proceeding, which was settled.

2.     PCC's counsel requests an extension of time to and including October 13, 2006 within which to respond to Centex's request that the claims by PCC against Norment's surety, Arch Insurance Co. ("Arch"), be consolidated with the <u>Norment Security Group v. Travelers Casualty and Surety Company and Centex Construction Co., Inc.</u> litigation (the "Norment v. Travelers/Centex Litigation").

3.     Additional time is requested to determined whether there is, in fact, any common claims in the Norment v. Travelers/Centex litigation and this PCC v. Arch litigation.

4.     This request would not prejudice any party to these actions since the initial conference before the Magistrate is not scheduled until October 20, 2006.

        WHEREFORE, For the reasons stated above, Counsel for PCC Construction Components, Inc. requests an Enlargement of Time within which to respond to the Motion to Consolidate.

                                              Respectfully submitted by,

                                              /s/
                                      Leonard A. Sacks, Esq., DCB 150268
                                      Leonard A. Sacks & Associates, P.C.
                                      One Church Street • Suite 303
                                      Rockville, Maryland 20850
                                      (301) 738-2470

                                      *Counsel for Plaintiff*

Law Offices
LEONARD A. SACKS &
ASSOCIATES, P.C.
ONE CHURCH STREET
SUITE 303
ROCKVILLE, MARYLAND 20850

TEL: (301) 738-2470
FAX: (301) 738-3705

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a correct copy of the foregoing Motion for Enlargement of Time was sent by CM/ECF electronic delivery and e-mail or U.S. Mail, first class, postage prepaid this 5th day of October 2006 to:

Jane Saindon Dudley, Esq.
jdudley@wtplaw.com
Whiteford, Taylor & Preston, LLP
1025 Connecticut Avenue, N.W.
Suite 400
Washington, D.C. 20036

Richard E. Hagerty, Esq.
Troutman Sanders, LLP
1660 International Drive
Suite 600
McLean, Virginia 22102

Tameka M. Collier, Esq.
Troutman Sanders, LLP
401 Ninth Street, N.W.
Suite 1000
Washington, D.C. 20004-2134

Michael E. Jaffe, Esq.
mjaffe@thelenreid.com
Todd J. Wagnon, Esq.
twagnon@thelenreid.com
Thelen Reid & Priest, LLP
701 8th Street, N.W.
Washington, D.C. 20001

Marvin H. Campbell, Esq.
mhcfirm@aol.com
407 South McDonough Street
Montgomery, Alabama 36103

/s/
Leonard A. Sacks

Law Offices
LEONARD A. SACKS &
ASSOCIATES, P.C.
ONE CHURCH STREET
SUITE 303
ROCKVILLE, MARYLAND 20850

TEL: (301) 738-2470
FAX: (301) 738-3705