## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| _____ )<br><br>UNITED STATES for the use of )<br>NORMENT SECURITY GROUP, INC., )<br> )<br>    **Plaintiff/Counter-Defendant,** )<br> )<br>v. )<br> )<br>TRAVELERS CASUALTY AND SURETY )<br>COMPANY and CENTEX CONSTRUCTION )<br>CO., INC., )<br> )<br>    **Defendants/Counter-Plaintiffs.** )<br>_____ )<br> )<br>PCC CONSTRUCTION COMPONENTS, INC., )<br> )<br>    **Plaintiff,** )<br> )<br>v. )<br> )<br>ARCH INSURANCE COMPANY, )<br> )<br>    **Defendant.** )<br>_____ ) | **Case No. 05-CV-1715 (JMF)**<br><br><br><br>**Case No.: 06-CV-1085 (JMF)** |

## MOTION FOR ENLARGEMENT OF TIME FOR
## PCC CONSTRUCTION COMPONENTS, INC.

COMES NOW the Plaintiff, PCC Construction Components, Inc. ("PCC"), by and through

its undersigned counsel and requests that this honorable Court grant it an Enlargement of Time to

respond to the Motion to Consolidate filed by Centex Corporation. In support thereof, PCC states

as follows:

1.    Norment Security Group ("Norment") filed claims against Travelers Casualty and Surety

    Co., the payment bond surety for the general contractor, Centex Construction Co., Inc.

Law Offices
**LEONARD A. SACKS &**
**ASSOCIATES, P.C.**
ONE CHURCH STREET
SUITE 303
ROCKVILLE, MARYLAND 20850

TEL: (301) 738-2470
FAX: (301) 738-3705

("Centex"). Some or all of those claims were originally filed by Norment against PCC in an arbitration proceeding, which was settled.

2. PCC's counsel requests an extension of time to and including October 13, 2006 within which to respond to Centex's request that the claims by PCC against Norment's surety, Arch Insurance Co. ("Arch"), be consolidated with the <u>Norment Security Group v. Travelers Casualty and Surety Company and Centex Construction Co., Inc.</u> litigation (the "Norment v. Travelers/Centex Litigation").

3. PCC requests additional time to determine whether there are, in fact, any common claims in the Norment v. Travelers/Centex Litigation and this PCC v. Arch litigation.

4. The relief requested will not prejudice any party to these actions since the initial conference before the Magistrate is scheduled to be held on October 20, 2006, one week after the proposed enlargement of time.

5. Pursuant to LCvR 7(m) Counsel for PCC contacted counsel for Centex and exchanged electronic correspondence in which counsel for Centex opposed this Motion. Counsel for Norment, acting for Arch under a tender of defense, was also sent electronic correspondence and he does not oppose the Motion for Enlargement of Time.

6. Despite counsel for Centex's opposition to this Motion for Enlargement of Time, PCC requests that it be allowed the added time to more fully state to the Court why consolidation for the purposes of discovery may be proper, however, consolidation for the purpose of a combined trial on the merits would not be. As will be demonstrated to the Court, the Norment v. Travelers/Centex Litigation has been pending since the spring of 2005. Centex and Norment failed to take any actions to join PCC in the litigation. At that time, issues were

Law Offices
**LEONARD A. SACKS &
ASSOCIATES, P.C.**
ONE CHURCH STREET
SUITE 303
ROCKVILLE, MARYLAND 20850

TEL: (301) 738-2470
FAX: (301) 738-3705

pending in the arbitration proceeding between PCC and Norment, which Norment initiated.

In the arbitration proceeding, PCC contended that Norment primarily asserted pass-through

claims against Centex, yet Norment refused to join PCC in the Norment v. Travelers/Centex

Litigation.  After the arbitration between PCC and Norment was resolved, with Norment

agreeing to pursue its claims against Centex, for the first time and for no explained  reason

Centex and Norment want to consolidate the actions and bring PCC into the matter.

7.      PCC has independent claims against Norment which do not belong in the Norment v.

Travelers/Centex Litigation.

WHEREFORE, PCC Construction Components, Inc. requests an Enlargement of  Time to

and including October 13, 2006 to file its Opposition to the Motion to Consolidate.

Respectfully submitted by,


_____/s/_____

Leonard A. Sacks, Esq., DCB 150268
Leonard A. Sacks & Associates, P.C.
One Church Street • Suite 303
Rockville, Maryland 20850
(301) 738-2470

*Counsel for Plaintiff*


## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a correct copy of the foregoing Motion for Enlargement of Time

was sent by CM/ECF electronic delivery and e-mail this 7th day of October 2006 to:

Law Offices
**LEONARD A. SACKS &**
**ASSOCIATES, P.C.**
ONE CHURCH STREET
SUITE 303
ROCKVILLE, MARYLAND 20850

TEL: (301) 738-2470
FAX: (301) 738-3705

| | |
|---|---|
| Jane Saindon Dudley, Esq. | Richard E. Hagerty, Esq. |
| jdudley@wtplaw.com | richard.hagerty@troutmansanders.com |
| Whiteford, Taylor & Preston, LLP | Troutman Sanders, LLP |
| 1025 Connecticut Avenue, N.W. • Suite 400 | 1660 International Drive • Suite 600 |
| Washington, D.C. 20036 | McLean, Virginia 22102 |

Tameka M. Collier, Esq.
tameka.collier@troutmansanders.com
Troutman Sanders, LLP
401 Ninth Street, N.W. • Suite 1000
Washington, D.C. 20004-2134


Marvin H. Campbell, Esq.
mhcfirm@aol.com
407 South McDonough Street
Montgomery, Alabama 36103

Michael E. Jaffe, Esq.
mjaffe@thelenreid.com
Todd J. Wagnon, Esq.
twagnon@thelenreid.com
Thelen Reid & Priest, LLP
701 Eighth Street, N.W.
Washington, D.C.  20001


_____/s/_____

Leonard A. Sacks

Law Offices
**LEONARD A. SACKS &**
**ASSOCIATES, P.C.**
ONE CHURCH STREET
SUITE 303
ROCKVILLE, MARYLAND 20850

TEL: (301) 738-2470
FAX: (301) 738-3705