IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PCC CONSTRUCTION COMPONENTS, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v.  ) | Case No.: 06-1085-JMF |
| ) | |
| ARCH INSURANCE COMPANY, ) | |
| ) | |
| Defendant. ) | |

**PCC CONSTRUCTION COMPONENTS, INC.'S
<u>REBUTTAL EXPERT DESIGNATION</u>**

COMES NOW the Plaintiff, PCC Construction Components, Inc. ("PCC"), by and through its undersigned counsel, and designates the rebuttal expert, who will testify on its behalf, at the trial in this action.

The following individual is expected to be called to testify as an expert witness for PCC Construction Components in the areas of delay analysis and added costs:

**Thomas L. Martin, P.E.**
Revay & Associates, USA, Ltd.
18552 Office Park Drive
Gaithersburg, Maryland 20886

Mr. Martin's Curriculum Vitae is attached hereto as Exhibit 1. PCC reserves the right to supplement this disclosure if additional individuals become known to it during discovery or otherwise.

PCC proposes to supplement this disclosure after receipt of Arch Insurance Company's written expert report(s), completion of discovery directed to the parties and their subcontractors or clients, and in accordance with order of this court.

Law Offices
LEONARD A. SACKS &
ASSOCIATES, P.C.
ONE CHURCH STREET
SUITE 303
ROCKVILLE, MARYLAND 20850

TEL: (301) 738-2470
FAX: (301) 738-3705

        Respectfully submitted,

        /s/
        Leonard A. Sacks, Esq., VSB 12173
        Leonard A. Sacks & Associates, P.C.
        One Church Street • Suite 303
        Rockville, Maryland 20850
        (301) 738-2470

        *Counsel for PCC Construction Components*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true copy of PCC's foregoing Rebuttal Expert Designation was sent this 10th day of October 2006 by CM/ECF to:

Jane Saindon Dudley, Esq.
jdudley@wtplaw.com
Whiteford, Taylor & Preston, LLP
1025 Connecticut Avenue, N.W.
Suite 400
Washington, D.C. 20036

Richard E. Hagerty, Esq.
richard.hagerty@troutmansanders.com
Troutman Sanders, LLP
1660 International Drive
Suite 600
McLean, Virginia 22102

Tameka M. Collier, Esq.
tameka.collier@troutmansanders.com
Troutman Sanders, LLP
401 Ninth Street, N.W.
Suite 1000
Washington, D.C. 20004-2134

        /s/
        Leonard A. Sacks

Law Offices
**LEONARD A. SACKS &
ASSOCIATES, P.C.**
ONE CHURCH STREET
SUITE 303
ROCKVILLE, MARYLAND 20850

TEL: (301) 738-2470
FAX: (301) 738-3705