

Construction Economists and
Management Consultants

Revay & Associates USA, Ltd.

18552 Office Park Drive
Gaithersburg, MD 20886

Tel: (240)632-1710
Tel: (240)632-1712
www.revayusa.com

# THOMAS L. MARTIN, P.E.
## President

Mr. Martin has over 30 years of experience in construction scheduling, estimating, engineering, budgets, costs, claims and personnel. Mr. Martin has testified as an expert in the areas of CPM scheduling, estimating and cost analysis in various forums, including the Armed Services Board of Contract Appeals, Federal District Court, and Maryland Circuit Court, as well as before arbitration panels, mediators and dispute review boards.

He also has experience in the resolution of international construction disputes, having worked on projects located in China, Israel, England, Abu Dhabi and Egypt. Mr. Martin has provided analysis and assistance which resulted in months being shaved from project performance duration and resulted in negotiated and ordered settlements of millions of dollars in defense of and recovery for clients. He has provided this assistance for many types of projects including bridges, wastewater treatment plants, federal buildings, hotels, hospitals, high-rise buildings, prisons, schools and roads.

### His project experience includes:

- **Various Power Plant Projects**, Developed equitable contract adjustment requests for Keadby Power Project, a triple cycle gas power plant in England and the Fushun Heat and Power Plant in Fushun, China. Developed estimate and pool supply item review for Dandong and Dalian, Power Plant Projects at Dandong and Dalian, China.

- **National Association of Home Builders, Washington DC.** Directed the analysis for counsel to the owner, of changes totaling over $6 million including a $3.3 million delay claim, on a $21 million expansion and renovation of a building at 15th and M Streets. Analyzed and negotiated over two hundred proposed change orders and a major delay claim. The delay clam was found to be unsupported during a mediation process and settlement was reached.

- **Cogeneration Plant, Union Camp Corporation, Franklin, VA.** Directed the analysis for counsel to the owner, of claims totaling $5 million, on a $43.4 million gas turbine / heat recovery steam generator cogeneration project for a paper mill.

- **Virginia Power Mount Storm Flue Gas Desulphurization, Mount Storm, WV.** Provided CPM scheduling analysis and claims preparation on the $80 million project.

- **AGFA Finishing Plant, Charleston, SC.** Provided CPM schedule analysis on this $50 million design/build film manufacturing finishing plant. The AGFA contract with Suitt Construction Company was similar to an Engineer/Procurement/Construction (EPC) contract in Canada. Expert testimony was also provided during an Arbitration proceeding.

- **WSSC Composting Faculty, MD.** Provided CPM scheduling analysis, claims negotiation, and graphic analysis for this $10 million project.

- **York Wastewater Treatment Facility, York, PA.** Provided CPM schedule review, project progress monitoring assistance as well as expert witness support during ADR proceedings on this $35 million project.

- **Lancaster Wastewater Treatment Facility, Lancaster, PA.** Provided engineering claim review assistance for the owner and provided delay impact schedule analysis as well as expert witness support on this $32 million project.

- **Lexington-Rockbridge Regional Water Quality Control Facility, Lexington, VA.** Mr. Martin performed a schedule delay analysis for this $15 million wastewater treatment facility. Mr. Martin also performed an analysis of the earthwork subcontractor's performance.

- **Industri-Plex Project, Woburn, MA.** Claim and schedule analysis services were performed for the construction manager of this $60 million remediation project.

- **Baltimore Washington International Airport, Baltimore, MD.** Developed schedule delay analysis for a runway extension project.

- **Fighter Air Base, Ramon Israel.** Assisted with construction, interpreted drawings and resolved design conflicts for this $600 million project, including over 250 facilities, landing fields and complete infrastructure of roads, storm drainage, sewer, water and electricity.

- **Trident Submarine, Waterfront Facilities, King's Bay, GA.** Developed and maintained the contractor's schedule and provided cost and time estimating services, including a delay impact analysis, as well as expert testimony before the Armed Services Board of Contract Appeals for this $40 million project. The expert testimony resulted in a favorable decision for the contractor and he was granted a 280-day compensable delay.

- **Upper Stillwater Dam, Bureau of Reclamation, Department of the Interior, Duschene, UT.** Created the original CPM schedule, provided updates and assisted in delay impact analysis for a foundation differing site condition encountered during the construction of the world's largest roller compacted concrete dam. Provided expert schedule analysis during negotiations which resulted in a settlement in favor of the client.

- **Metropolitan Detention Center, Miami, FL.** Mr. Martin performed a detailed schedule delay analysis for this $50 million high rise prison project. Mr. Martin assisted the owner with an analysis of the general contractor's termination damage computation, totaling $43 million. Additionally, he performed an analysis of a $7.5 million contractor claim which included concrete inefficiency costs, additional general condition costs, delay and acceleration costs.

- **The Carlin, Arlington, VA.** Performed a completion schedule analysis for counsel to the fire protection subcontractor, in defense of delay damages claim filed in federal court against it by the prime contractor. The project consisted of a ten story retirement facility with a guaranteed maximum price of $8.7 million. Expert testimony provided on this project resulted into a most favorable jury verdict for our client.

- **Arizona Museum of Science and Technology, Phoenix, AZ.** Provided claims and litigation support for the Arizona Museum of Science and Technology. Retained, through counsel, by the City of Phoenix to assist in the defense of a $9.5 million claim over the construction of this $16 million unique structure. The claim related to allegations of hidden complexity and design deficiencies related to the cast-in-place structure, particularly the Planetarium which was comprised of a series of battered walls.

- **Biotechnology Building, University of NC**, Chapel Hill, NC. Managed delay analysis and provided expert testimony during alternative dispute resolution which resulted in a favorable settlement for client with regard to the building design delays.

- **NASA, Advanced Solid Rocket Motor Manufacturer and Refurbishing Plant - Yellow Creek Site, Iuka, MS**. Performed CPM scheduling and claim analysis services for this $360 million project.

- **Fairfax Adult Detention Center & Pre-Release Center, Fairfax, VA.** Project Engineer for this $30 million project. Resolved multiple serious design, structural and coordination problems saving months of project delay. Developed and maintained CPM schedule, performed delay impact analysis and provided expert testimony in Federal District Court.

- **Federal Prison, Beckeley, WV.** Performed CPM schedule delay analysis for this $40 million project.

- **Barracks Revitalization, Fort Bragg, NC.** Performed scheduling oversight during construction and delay analysis on this $60 million project.

- **Manitowoc Engineering M-250 and 888 Cranes, Manitowoc, WI.** Developed and maintained the design CPM schedules.

- **Boiler Renovation and Cogeneration Facility, Chapel Hill, NC.** Provided CPM development, maintenance, and analysis on this $60 million University of North Carolina project.

- **S.S. Mormactide, Bay Shipbuilding Corporation, Sturgeon Bay, WI.** Performed a detailed CPM schedule analysis on this freighter to school and troop transport ship conversion, $35 million project. Also provided claim preparation services and expert testimony during an ADR proceeding.

- **FDA Module One Research Facility, Beltsville, MD.** Maintained and updated contractors CPM schedule on this $29 million laboratory with an administration area, project. Performed delay impact analysis, graphic analysis and provided expert testimony via tape, which was presented before the ASBCA.

- **Wake Hospital, Raleigh/Durham, NC.** Performed CPM schedule delay and graphic labor analysis for this $25 million hospital project.

- **Belvedere Tower Apartments, Arlington, VA.** Developed structural subcontractors CPM schedule, maintained the schedule, performed schedule analysis, claim preparation, and provided expert testimony on work valued at $6 million.

- **Beltway Plaza, Eye Lab Building, Greenbelt, MD.** Provided estimating services and expert testimony during trial in Maryland Circuit Court, for this $100,000 project.

- **Bellefontaine Resort, VT.** Performed CPM schedule delay and graphic labor analysis for this $10 million resort project.

- **Disney Club Hotels, Orlando, FL.** Provided CPM schedule analysis, graphic analysis and appeared as an expert witness during an ADR hearing, resolving disputes between the general contractor and mechanical subcontractor, on this $14 million project for Disney.

- **Perry Middle School, Boward County, FL.** Services provided included a CPM schedule delay analysis, assistance during claim negotiations and expert witness testimony during an ADR hearing, with regard to disputes on this $15 million school project.

- **"DD" Middle School, Boward County, FL.** Services provided included a CPM schedule delay analysis, assistance during claim preparations and expert witness testimony during an ADR hearing. This work was provided due to disputes on this $15 million school project.

- **"HH" Middle School, Palm Beach County, FL.** Services provided included a CPM schedule delay analysis, assistance during claim preparations and expert witness testimony during an ADR hearing. This work was provided due to disputes on this $15 million school project.

- **Raleigh/Durham Airport Parking Deck, Raleigh/Durham, NC.** Provided CPM schedule delay analysis, as well as labor graphic analysis on this $8 million parking garage project.

- **Columbia Heights Station, Washington, D.C.** Provided schedule delay analysis on Contract E-3a of this $640M Mid-City E-Route subway project. Mr. Martin was deposed on this matter.

- **Lock B, Ten-Tom Waterway, MS.** As the Project Engineer, Mr. Martin was responsible for the design of temporary work, construction methods and computerized schedule of a $33 million waterway project, Lock B. Mr. Martin had a staff reporting to him including the Office Engineer.

- **Columbus Lock & Dam, Ten Tom Waterway, MS.** Mr. Martin as the Office Engineer was responsible for contract pay applications, monitoring subcontractor work, creating CPM schedules and monitoring the schedules of this $45 million waterway project. He also assisted with change order development and negotiations.

# Expert Witness Testimony of Thomas L. Martin, P.E.

**United States District Court**

1. The United States District Court for the Eastern District of Virginia - Civil Action No. 88-48-A and Civil Action No. 88-175-A. Provided testimony in September 1988 with regard to the Fairfax Adult Detention Center & Pre-Release Center, Fairfax, VA, project which resulted in a favorable judgment for our client Tyger Construction Company.

2. The United States District Court for the District of Maryland - Civil Action No. MJG 98-2374. Provided testimony in March 2000 with regard to the completion schedule of The Carlin, a retirement apartment facility in Arlington, VA, which resulted in a most favorable judgment for our client, Grinnell Corporation.

3. The United States District Court from the Eastern District of Pennsylvania – Civil Action No. 98-CV-5611. Provided testimony in November 2001 with regard to delay and payment application amounts for the Realignment/Consolidation of the Naval Surface Warfare Center, Carderock Division, located at the Philadelphia Naval Shipyard in Pennsylvania. Provided testimony resulted in a favorable judgement for our client, McFadden Mechanical, Inc., a subcontractor to FSEC, Incorporated.

4. The United States District Court for The Eastern District of Tennessee Knoxville Division – Civil Action No's 3;01-CV-151 and 3;01-CV-251. Provided testimony during the jury trial in July 2002 with regard to delay caused by the concrete supplier to Ripley's Gatlinburg, Tennessee, Aquarium project. The trial resulted in a most favorable jury verdict for our client, Suitt Construction Company, Incorporated.

**Board of Contract Appeals**

5. Armed Services Board of Contract Appeals - ASBCA No. 35169, et. al., Appeals of Tyger-Sayler Under Contract No. N68248-83-C-3187. Provided testimony in January 1989, with regard to performed CPM schedule delay analysis for a Trident Submarine Waterfront Facilities project in Georgia, which resulted in Board recognition of 280 days of compensable delay in favor of our client Tyger-Sayler.

6. Armed Services Board of Contract Appeals - ASBCA No. 37711, Appeal of Turner-MAK, JV Under Contract No. DACA 78-84-C-0057. Provided over sixteen hours of testimony, much of which occurred under cross examination, in September 1991, with regard to a performed bid estimate analysis and a delay schedule analysis for a family housing and support facilities project at Beni Suef Air Base in the Arab Republic of Egypt.

7. Armed Services Board of Contract Appeals - ASBCA Nos. 44682, 44683, 44685, 44686, 44687, 45052, and 47398, Appeals of Prism Construction Company Under Contract No. N62477-86-C0023 with the Department of the Navy. Provided testimony in July 1997, with regard to a performed delay schedule analysis for a Transportation Maintenance Facility at Bolling Air Force Base, in Anacostia, Washington, D.C.

**Circuit Court**

8. Maryland Circuit Court, Upper Marlboro, Maryland, in the Matter of the Beltway Plaza Developers versus the State of Maryland. Provided testimony in 1987, with regard to the construction of a proposed commercial building pad, the land for which was seized by the State of Maryland.

**American Arbitration Association**

9. American Arbitration Association, in the Matter of Arbitration between Tyger Construction Company and Majestic Construction Company. Provided expert testimony in 1986 with regard to the schedule for foundation construction of a high-rise building project in Rosslyn, Virginia.

10. American Arbitration Association, Case No. 16 110 636 02, in the Matter of Arbitration between Robertson-Ceco Corporation and Suitt Construction Company, Inc. Provided expert testimony in October 1993, on incurred costs and CPM schedule delay analysis for a design build photographic film processing plant project.

11. American Arbitration Association, Case No. 31 110 00109 92, in the Matter of Arbitration between Keller Brothers, Inc. and Buffington Enterprises, LLC. Provided expert testimony in January 2003, on incurred costs for an office building project in Maryland.

12. American Arbitration Association, Case No. 16 Y 110 00328 03, in the Matter of Arbitration between Norair Engineering Corporation and Dale Service Corporation. Provided expert testimony in April 2004, with regard to delays experienced during the construction of upgrades to two existing wastewater treatment plants.

**Alternative Disputes Resolution Process**

13. ADR proceeding between Lancaster Sewer Authority, PA and U. S. Fidelity & Guaranty with regard to the upgrade project for the Lancaster Wastewater Treatment Facility. Provided expert testimony in 1991, on performed CPM schedule delay analysis and defaulted contractor performance.

14. ADR proceeding between Bay Shipbuilding Corp. and the U.S. Department of Transportation, Maritime Administration, under contract DTMA91-89-C-90000 for the Conversion and Reactivation of the SS Mormactide to a Public Nautical Schoolship (T/S Empire State). Provided testimony in November 1991 on a performed CPM schedule analysis demonstrating delays and contractor acceleration.

15. ADR mediation between W. W. Gay Mechanical and Enterprise Construction Company (Brown & Root) with regard to the construction of the "Mile" long Club Hotels in Walt Disney World, Florida. Provided testimony in September 1993 on a performed schedule delay analysis.

16. ADR mediation between Pizzagalli Construction Company and Ferrebee Walters & Associates, with regard to the construction of the Biology / Biotechnology Building under contract with The University of North Carolina at Chapel Hill. Testimony was provided in December 1994, resulting in a successful mediation.

17. ADR mediation between Bryant Electric Company, Inc. and the Metropolitan Government of Nashville, with regard to project delays during construction of the McCabe-Richland Trunk Sewer, approximately three miles of 60 and 66 inch reinforced concrete pipe and the Morrow Road Water Transmission Main. Testimony was provided in January 1996, assisting in the successful conclusion of the mediation.

18. ADR mediation between ICA Construction Corporation and the Broward County School Board, with regard to project delays during the construction of two middle schools near Miami, Florida. Testimony was provided in March 1997, assisting in the successful conclusion of the mediation.

19. ADR mediation between ICA Construction Corporation and the Palm Beach County, Florida, School Board, with regard to project delays during the construction of a middle school near Miami. Testimony was provided in January 1998, assisting in the successful conclusion of the mediation.

20. ADR mediation between Pizzagalli Construction Company and the Army Corps of Engineers, with regard to project delays during the construction of a barracks project at Fort Bragg, North Carolina. Testimony was provided in October 1999.

| | |
|---|---|
| **EDUCATION:** | MS – Structural Engineering, University of Maryland, 1976<br>BS – Civil Engineering, University of Maryland, 1974 |
| **REGISTRATIONS:** | Professional Engineer License in the following States:<br>Virginia No. 15130;<br>Maryland No. 13872;<br>Washington, D.C. No. 8260 and<br>Mississippi No. 7875 (not current). |
| **PROFESSIONAL ORGANIZATIONS:** | American Society of Civil Engineers<br>National Society of Professional Engineers<br>Maryland Society of Professional Engineers<br>AACE International |