IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES for the use of <br> NORMENT SECURITY GROUP, INC., <br><br>     Plaintiff/Counter-Defendant, <br><br> v. <br><br> TRAVELERS CASUALTY AND SURETY COMPANY and CENTEX CONSTRUCTION CO., INC., <br><br>     Defendants/Counter-Plaintiffs. | Case No. 05-CV-1715 (JMF) <br><br><br> In re: Proposed Consolidation With |
| PCC CONSTRUCTION COMPONENTS, INC., <br><br>     Plaintiff, <br><br> v. <br><br> ARCH INSURANCE COMPANY, <br><br>     Defendant. | Case No.: 06-CV-1085 (JMF) |

**NOTICE OF FILING VOLUMINOUS EXHIBIT 5 TO
PCC CONSTRUCTION COMPONENTS, INC.'S MEMORANDUM IN
OPPOSITION TO CENTEX AND TRAVELERS' MOTION TO CONSOLIDATE**

    NOTICE IS HEREBY GIVEN that Leonard A. Sacks & Associates, P.C., has filed a voluminous Exhibit 5 ("Exhibit 5"), to PCC Construction Components, Inc.'s Memorandum in Opposition to Centex and Travelers' Motion to Consolidate.

    Counsel for PCC has sent a paper copy of the Exhibit 5 to the Clerk of this Court for filing. A true and correct electronic version of Exhibit 5 has been provided to all counsel named in the Certificate of Service below.

Law Offices
LEONARD A. SACKS &
ASSOCIATES, P.C.
ONE CHURCH STREET
SUITE 303
ROCKVILLE, MARYLAND 20850

TEL: (301) 738-2470
FAX: (301) 738-3705

        Respectfully submitted by,

        /s/
_____
Leonard A. Sacks, Esq., DCB 150268
Leonard A. Sacks & Associates, P.C.
One Church Street • Suite 303
Rockville, Maryland 20850
(301) 738-2470

*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a correct copy of the foregoing Notice of Filing Voluminous Exhibit was sent by U.S. Mail to the Clerk of the U.S. District Court for the District of Columbia, by CM/ECF electronic delivery and e-mail or U.S. Mail, first class, postage prepaid this 12th day of October 2006 to:

Jane Saindon Dudley, Esq.
jdudley@wtplaw.com
Whiteford, Taylor & Preston, LLP
1025 Connecticut Avenue, NW • Suite 400
Washington, D.C. 20036

Richard E. Hagerty, Esq.
richard.hagerty@troutmansanders.com
Troutman Sanders, LLP
1660 International Drive • Suite 600
McLean, Virginia 22102

Tameka M. Collier, Esq.
tameka.collier@troutmansanders.com
Troutman Sanders, LLP
401 Ninth Street, NW • Suite 1000
Washington, D.C. 20004-2134

Michael E. Jaffe, Esq.
mjaffe@thelenreid.com
Todd J. Wagnon, Esq.
twagnon@thelenreid.com
Thelen Reid & Priest, LLP
701 8th Street, N.W.
Washington, D.C. 20001

Marvin H. Campbell, Esq.
mhcfirm@aol.com
407 South McDonough Street
Montgomery, Alabama 36103

        /s/
_____
Leonard A. Sacks

Law Offices
**Leonard A. Sacks & Associates, P.C.**
One Church Street
Suite 303
Rockville, Maryland 20850

Tel: (301) 738-2470
Fax: (301) 738-3705