IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES for the use of <br> NORMENT SECURITY GROUP, INC., <br><br> Plaintiff/Counter-Defendant, <br><br> v. <br><br> TRAVELERS CASUALTY AND SURETY COMPANY and CENTEX CONSTRUCTION CO., INC., <br><br> Defendants/Counter-Plaintiffs. | Case No. 05-CV-1715 (JMF) <br><br><br> In re: Proposed Consolidation With |
| PCC CONSTRUCTION COMPONENTS, INC., <br><br> Plaintiff, <br><br> v. <br><br> ARCH INSURANCE COMPANY, <br><br> Defendant. | Case No.: 06-CV-1085 (JMF) |

**PCC CONSTRUCTION COMPONENTS, INC.'S MEMORANDUM IN
OPPOSITION TO CENTEX'S MOTION FOR LEAVE TO FILE CLAIM
AGAINST PCC CONSTRUCTION COMPONENTS, INC.**

COMES NOW PCC Construction Components, Inc. ("PCC"), by and through its undersigned counsel, for its Memorandum in Opposition to Centex Construction Co., Inc.'s Motion for Leave to File a Claim against PCC ("Motion"), in support thereof, and states as follows:

Law Offices
LEONARD A. SACKS &
ASSOCIATES, P.C.
ONE CHURCH STREET
SUITE 303
ROCKVILLE, MARYLAND 20850

TEL: (301) 738-2470
FAX: (301) 738-3705

A.  **INTRODUCTION**

The Centex Construction Co., Inc. ("Centex") Motion represents yet another attempt to avoid ownership of the election it made in the fall of 2005 to litigate *only* with Norment Security Group, Inc. ("Norment"). Norment filed its Miller Act suit on or about August 29, 2005, seeking damages for its claimed contract balance and extra work in the amount of One Million Two-Hundred Ninety-Five Thousand Three Hundred Fifty-Four Dollars and Thirty-Eight Cents ($1,295,354.38) (the "Centex Litigation"). In as early as September 2005, counsel for PCC attempted to resolve all issues between Centex, Travelers, Norment, Arch Insurance Company ("Arch") and PCC under one proceeding. That suggestion was rejected by both Norment and Centex.

After another inquiry, in January 2005, Centex advised PCC that the time for adding parties to the Centex Litigation had passed. (See e-mail from Centex's counsel, attached as Exhibit 4 to PCC's Opposition to the Motion to Consolidate). Now Centex seeks leave to file a claim against PCC in the Centex Litigation, after the close of discovery, because the Court may deny its Motion to Consolidate the PCC Construction Components, Inc. v. Arch Insurance Company Case No. 06-CV-1085 ("Arch Litigation") with the Centex Litigation.

B.  **OPPOSITION**

PCC learned at the August 16, 2006 Scheduling Conference before Judge Huvelle that discovery in the Centex Litigation had closed, other than allowing for a few depositions, which just recently took place. Centex's representation in its Motion that the Centex Litigation was "dormant" while the *Norment Security Group, Inc. and PCC Construction Components, Inc.* American Arbitration Association Case No. 16 110 Y 02255 05 ("PCC Arbitration") took place is not accurate. Centex's Motion also misrepresents to the Court that there was no outcome in the PCC Arbitration.

Law Offices
LEONARD A. SACKS &
ASSOCIATES, P.C.
ONE CHURCH STREET
SUITE 303
ROCKVILLE, MARYLAND 20850

TEL: (301) 738-2470
FAX: (301) 738-3705

The outcome of the PCC Arbitration was that Norment and PCC agreed to enter into a stipulated Award, identifying certain "pass through" claims against Centex on which PCC should have no liability to Norment. Included in the Arbitration Award was a sum certain for the balance due. The only remaining issue is whether PCC has claims against Norment that would reduce or end in a positive recovery for PCC. There is no reason for PCC to be enjoined in the Centex Litigation for its claims against Norment, nor is there any reason for PCC to be enjoined in the Centex Litigation to prosecute the liquidated claims between it and Norment.

When and if those pass-through claims are resolved, Centex will have the right to pursue whatever claims it may have against PCC; and PCC can assert any claims it may have against Centex. The current status of party affiliations in these two litigation proceedings was brought about by Centex's decision against consolidating proceedings or enjoining PCC more than one year ago. Still, Centex has advanced no new or different arguments to support the positions asserted in its Motion. The only thing new that Centex brought to the Court's attention was its threat to file a third suit. When Centex decided against impleading PCC in its own litigation with Norment, PCC was forced to arbitrate with Norment instead of litigating with Norment, Arch, Centex and Travelers. Finally, allowing Centex to bring PCC into the Centex Litigation at this stage would only add more issues involving PCC and Centex, thereby complicating and delaying the Centex Litigation.

WHEREFORE, for the reasons stated above, PCC Construction Components, Inc. submits that Centex Construction Co., Inc.'s Motion for Leave to File Claim Against PCC Construction Components, Inc. should be denied.

Law Offices
LEONARD A. SACKS &
ASSOCIATES, P.C.
ONE CHURCH STREET
SUITE 303
ROCKVILLE, MARYLAND 20850

TEL: (301) 738-2470
FAX: (301) 738-3705

Respectfully submitted by,

/s/
Leonard A. Sacks, Esq., DCB 150268
Leonard A. Sacks & Associates, P.C.
One Church Street • Suite 303
Rockville, Maryland 20850
(301) 738-2470

*Counsel for PCC Construction Components*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a correct copy of the foregoing Memorandum in Opposition to Centex's Motion for Leave to File Claim Against PCC was sent by CM/ECF electronic delivery, e-mail and U.S. Mail, first class, postage prepaid this 18th day of October 2006 to:

Jane Saindon Dudley, Esq.
jdudley@wtplaw.com
Whiteford, Taylor & Preston, LLP
1025 Connecticut Avenue, NW • Suite 400
Washington, D.C. 20036

Richard E. Hagerty, Esq.
richard.hagerty@troutmansanders.com
Troutman Sanders, LLP
1660 International Drive • Suite 600
McLean, Virginia 22102

Tameka M. Collier, Esq.
tameka.collier@troutmansanders.com
Troutman Sanders, LLP
401 Ninth Street, NW • Suite 1000
Washington, D.C. 20004-2134

Michael E. Jaffe, Esq.
mjaffe@thelenreid.com
Todd J. Wagnon, Esq.
twagnon@thelenreid.com
Thelen Reid & Priest, LLP
701 Eighth Street, N.W.
Washington, D.C. 20001

Marvin H. Campbell, Esq.
mhcfirm@aol.com
407 South McDonough Street
Montgomery, Alabama 36103

Rick Claxton, Esq.
rclaxton@garsonlaw.com
7910 Woodmont Avenue • Suite 650
Bethesda, Maryland 20814

/s/
Leonard A. Sacks

Law Offices
LEONARD A. SACKS &
ASSOCIATES, P.C.
ONE CHURCH STREET
SUITE 303
ROCKVILLE, MARYLAND 20850

TEL: (301) 738-2470
FAX: (301) 738-3705