UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

PCC CONSTRUCTION COMPONENTS, )
INC. )
                               )
              Plaintiff, )
                               )
v.                             )   Case No. 1:06-cv-01085-JMF
                               )
ARCH INSURANCE COMPANY )
                               )
              Defendant. )

## NOTICE OF WITHDRAWAL OF APPEARANCE

Madam Clerk:

Pursuant to LCvR 83.6(b) please strike the appearance of Jane S. Dudley and Whiteford, Taylor & Preston, LLC as counsel for Defendant, Arch Insurance Company. Richard E. Hagerty and Tameka M. Collier of the law firm of Troutman Sanders LLP will remain as counsel.

Respectfully submitted,

/s/ Jane Saindon Dudley
Jane Saindon Dudley, #459595
Whiteford, Taylor & Preston, LLC
1025 Connecticut Avenue, NW, Suite 400
Washington, DC 20036
(202) 659-6800
(202) 331-0573 (fax)

READ AND AGREED TO:
ARCH INSURANCE COMPANY

By: _[signature]_
Name: Kenneth M. Givens, Jr.
Title: Assistant Vice President
Date: 11/10/06

2

## CERTIFICATE OF SERVICE

I hereby certify that on this 14th day of November, 2006, a true and accurate copy of the foregoing Notice was delivered by first class mail, postage prepaid, to the following:

> Leonard Arthur Sacks
> Leonard A. Sacks & Associates, P.C.
> One Church Street
> Suite 303
> Rockville, Maryland 20850
> *Counsel for PCC Construction Components, Inc.*

/s/ Richard E. Hagerty
Richard E. Hagerty

#304941