UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NORMENT SECURITY GROUP, INC., ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> TRAVELERS CASUALTY AND ) <br> INSURANCE COMPANY, et al., ) <br> ) <br> Defendants. ) | Civil Action No. 05-1715 (JMF) |
| PCC CONSTRUCTION ) <br> COMPONENTS, INC., ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> ARCH INSURANCE COMPANY, ) <br> ) <br> Defendant. ) | Civil Action No. 06-1085 (JMF) |

**ORDER**

In accordance with the accompanying Memorandum Opinion, it is hereby

**ORDERED** that PCC Construction Component Inc.'s Motion to Dismiss Centex Construction LLC's Third-Party Complaint [#27] is **DENIED**; and it is further

**ORDERED** that third-party plaintiff Centex Construction LLC is granted leave to amend its third-party complaint no later than September 24, 2007, and it is further

**ORDERED** that Centex Construction LLC's Motion to Stay Count III of PCC's Counterclaim [#41] is **GRANTED**; and it is further

**ORDERED** that Centex Construction LLC shall inform the Court of GSA's resolution of Centex's submitted claims within seven days of GSA's notification to Centex of its decision.

**SO ORDERED.**

_____/s/_____

JOHN M. FACCIOLA
UNITED STATES MAGISTRATE JUDGE

Dated: August 24, 2007