**UNITED STATES DISTRICT COURT**
**DISTRICT OF COLUMBIA**

| | |
|---|---|
| UNITED STATES, FOR THE USE OF NORMENT SECURITY GROUP, INC.<br><br>　　　Plaintiff/Counterclaim Defendant,<br><br>vs.<br><br>TRAVELERS CASUALTY AND SURETY COMPANY AND CENTEX CONSTRUCTION CO., INC.<br><br>　　　Defendant/Counterclaimant.<br><br>CENTEX CONSTRUCTION CO., INC.<br><br>　　　Third-Party Plaintiff,<br><br>vs.<br><br>PCC CONSTRUCTION COMPONENTS, INC.<br><br>　　　Third-Party Defendant. | Case No. 05-CV-01715 (JMF)<br><br>Judge John M. Facciola<br><br><br><br><br><br><br>Consolidated with: |
| PCC CONSTRUCTION COMPONENTS, INC.<br><br>　　　Plaintiff,<br><br>vs.<br><br>ARCH INSURANCE CO.,<br><br>　　　Defendant. | Civil Action No. 06-CV-1085 (JMF)<br><br>Judge John M. Facciola |

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**

PLEASE TAKE NOTICE that pursuant to Rule 41(a)(1), Fed. R. Civ. P., Norment

Security Group, Inc., Centex Construction Company, Inc. (n/k/a Balfour Beatty Construction

1

LLC), PCC Construction Components, Inc., Travelers Casualty and Surety Company and Arch Insurance Company, by counsel, hereby stipulate and agree that all claims, counterclaims, third-party claims and causes of action in this action are hereby dismissed with prejudice, each party to bear its own costs and expenses, and that this action is hereby terminated.

| | |
|---|---|
| LAW OFFICES OF MARVIN H. CAMPBELL | THELEN REID BROWN RAYSMAN & STEINER LLP |
| By:  /s/Marvin Campbell  <br>Marvin H. Campbell<br>407 South McDonough Street<br>Montgomery, AL  36104<br>(334) 263-7591<br><br>Attorney for Norment Security Group, Inc. | By:  /s/Todd Wagnon  <br>Michael Evan Jaffe<br>Todd J. Wagnon<br>THELEN REID BROWN RAYSMAN & STEINER LLP<br>701 Eighth Street, N.W.<br>Suite 800<br>Washington, DC  20001<br>(202) 508-4000<br><br>Attorneys for Centex Construction Co., Inc. n/k/a Balfour Beatty Construction LLC |
| LEONARD A. SACKS & ASSOCIATES, P.C. | TROUTMAN SANDERS LLP |
| By:  /s/Leonard Sacks  <br>Leonard A. Sacks<br>LEONARD A. SACKS & ASSOCIATES, P.C.<br>One Church Street<br>Suite 303<br>Rockville, MD  20850<br>(301) 738-2470<br><br>Attorney for PCC Construction Components, Inc. | By:  /s/Richard Hagerty  <br>Richard E. Hagerty<br>Tameka M. Collier<br>TROUTMAN SANDERS LLP<br>1660 International Drive<br>Suite 600<br>McLean, VA  22102<br>(703) 734-4334<br><br>Attorney for Norment Security Group, Inc. and Arch Insurance Company |

GARSON & CLAXTON LLC

By: \_\_\_\_\_/s/Rick Claxton_____
     Charles Rick Claxton
     GARSON & CLAXTON LLC
     7910 Woodmont Avenue
     Suite 650
     Bethesda, MD  20814
     (301) 280-2700

     Attorney for Travelers Casualty and
     Surety Company

Dated:  January 2, 2008


It is so ORDERED, this \_\_\_\_ day of _____, 2008.


                                    _____
                                    Judge John M. Facciola